UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIURKA ENCARNACION,

                          Plaintiff,

              -against-

JOSH KOPPEL, ET AL.,

                          Defendants.

24 CIVIL 10078 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 25, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    March 30, 2026

          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge